UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeffrey Welsh, | : |
| Plaintiff, | : Civil Action No.: 2:18-cv-13821-JLL-JAD |
| v. | : |
| Citibank NA, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 4, 2019

        Respectfully submitted,

        By: /s/ Sofia Balile

        Sofia Balile, Esq.
        Lemberg Law, LLC
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Phone: (917) 981-0849
        Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 4, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sofia Balile

              Sofia Balile