UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeffrey Welsh,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Citibank NA,<br><br>　　　　　　　Defendant. | Civil Action No.: 2:18-cv-13821-JLL-JAD |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Jeffrey Welsh                                               Citibank NA

　/s/ Sofia Balile                                          　/s/ Martin C. Bryce, Jr.

Sofia Balile, Esq.                                          Martin C. Bryce, Jr.
NJ Bar No. 01093                                            Ballard Spahr LLP
LEMBERG LAW                                                 210 Lake Drive East, Suite 200
43 Danbury Road, 3rd Floor                                  Cherry Hill, NJ 08002-1163
Wilton, CT 06897                                            (856) 761-3400
(203) 653-2250                                              Attorney for Defendant
Attorney for Plaintiff

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By_/s/ Sofia Balile_____
                                                  Sofia Balile