UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeffrey Welsh,<br><br>     Plaintiff,<br>v.<br><br>Citibank NA,<br><br>     Defendant. | Civil Action No.: 2:18-cv-13821-JLL-JAD<br><br>**CLOSED** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Jeffrey Welsh

/s/ Sofia Balile

Sofia Balile, Esq.
NJ Bar No. 01093
LEMBERG LAW
43 Danbury Road, 3rd Floor
Wilton, CT 06897
(203) 653-2250
Attorney for Plaintiff

Citibank NA

/s/ Martin C. Bryce, Jr.

Martin C. Bryce, Jr.
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
(856) 761-3400
Attorney for Defendant

SO ORDERED: _____

DATED: 4/17/19